IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 08-cv-02170-WDM-KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARY VIGIL,

    Defendant.

**ORDER ON PARTIES' CONSENT JUDGMENT**

Miller, J.

This matter is before me on the parties' motion for entry of consent judgment (Docket No. 15), filed January 5, 2009. The parties state the terms of the consent judgment are pursuant to their settlement agreement signed and approved by both parties.

Accordingly, it is ordered:

1. Defendant Mary Vigil is liable to Plaintiff United States in the sum of $997.00.

2. Post-judgment interest shall accrue at the current legal rate in effect at the time of entry of this judgment, and will be compounded annually until paid in

full, pursuant to the provisions of 28 U.S.C. § 1961(b), as amended.

3. Each party shall bear its own costs.

4. Judgment shall enter accordingly.

DATED at Denver, Colorado, on January 21, 2009.

BY THE COURT:


s/ Walker D. Miller
United States Senior District Judge